# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Fernando Nunez, Jr.,                              :
                 Appellant       :
                               :
         v.                              :           No. 246 C.D. 2021
                               :
D. Blough, CO Crokus, E. Levadnuk      :
CO Marks, Sargeant Poborsky,           :
CO Pyle, B. Reeseman, Freddy Walters   :

# **O R D E R**

AND NOW, this 21st day of September 2022, **IT IS HEREBY ORDERED** that the above-captioned opinion filed July 12, 2022, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge